**RESHMA KAMATH**
700 El Camino Real, Suite 120, #1084,
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
Plaintiff, *In Propria Persona*

# IN AND FOR THE UNITED STATES DISTRICT COURT
## CENTRAL DIVISION

| | |
|---|---|
| RESHMA KAMATH, an individual,<br>     Plaintiff,<br><br>     vs.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES; WILLIAM D. STEWART; MICHAEL SCHULTZ; COMMISSION ON JUDICIAL PERFORMANCE; JUDICIAL COUNCIL OF CALIFORNIA; COUNTY OF LOS ANGELES SHERIFF; SAMANTHA LAMM; TOMAS ORTIZ; LISA DE LORME; DANIEL MEDIONI; WILLIAM JUN; and DOES 1-10, inclusive;<br>     Defendants. | **CASE NO.: 2:23-cv-8979**<br><br>**PLAINTIFF RESHMA KAMATH'S REQUEST FOR RE-ASSIGNMENT OF THE CASE FROM THE DISTRICT JUDGE AND THE MAGISTRATE JUDGE**<br><br>**DEMAND FOR JURY TRIAL** |

*TO THE HONORABLE COURT, ALL PARTIES, AND ATTORNEYS[S] OF RECORD, HEREIN:*

1
REQUEST

PLAINTIFF RESHMA KAMATH requests this HONORABLE COURT to re-assign the matter both from the DISTRICT JUDGE, as well as the MAGISTRATE JUDGE – both presumedly White, Male Individuals to other Judges of Color. Since there are racial and gender issues involved in this matter, PLAINTIFF thinks that justice would be better administered and served should non-White judicial officers preside over this above-captioned case. Not that judges of color are any more tolerant and neutral, they are very well biased and prejudicial. However, White, Male judicial officers have historically demonstrated that they cannot remain neutral with immigrants, and women of color. Thus, Plaintiff cannot take a chance. Plaintiff thinks the White, Male officers would be more likely to dismiss this case without litigation – whereas, even at this point, a judge of color may take offense, meet-and-confer with prior judicial officers; and do the same. (Because California courts more or less lack integrity). Moreover, since White/Caucasian individuals often have trouble reading Asian-Americans/Latin-Americans, and disproportionately rule in favor of White attorneys/individuals, PLAINTIFF does not think this matter will be properly adjudicated. Any and all defendants will be served shortly if re-assignment occurs.

**DATED:  December 10, 2023**          **RESHMA KAMATH**

*/S/ Reshma Kamath*

Reshma Kamath,
Plaintiff