# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESHMA KAMATH<br><br>Plaintiff(s),<br><br>v.<br><br>THE SUPERIOR COURT OF CALIFORNIA COUNTY OF LOS ANGELES, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cv−08979−JFW−DTB<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __2/5/24__ | __31__ | __NOTICE OF ERRATA TO THE FIRST−AMENDED COMPLAINT__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: February 8, 2024            /s/ *David T. Bristow*
                                 United States Magistrate Judge