Reshma Kamath
700 El Camino Real, Suite 120, #1084
Menlo Park, California 94025, United States
Ph.: 650 257 0719, E.: reshmakamath2021@gmail.com
*In Propria Persona*

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RESHMA KAMATH, | **CASE NO.: 2:23-cv-08979-JFW-DTB** |
| Plaintiff, | |
| v. | **AMENDED NOTICE OF VOLUNTARY DISMISSAL** |
| SUPERIOR COURT ET AL., | |
| Defendants, | |

*TO THE HONORABLE COURT, ALL PARTIES, AND ALL ATTORNEYS OF RECORD, HEREIN:*

1
**NOTICE OF VOLUNTARY DISMISSAL**

**PLEASE TAKE NOTICE** that Plaintiff voluntarily dismisses this case without prejudice. The reason is that Plaintiff has *sua sponte* consolidated the claims with another pending case. This is in the interest of conserving judicial resources and parties' time.

**DATED: April 02, 2024**                              *Respectfully submitted,*

*/S/ Reshma Kamath*

RESHMA KAMATH
Plaintiff